535 P.2d 1083

**Paul Bik HOGERVORST, Jr., Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10435.**

Supreme Court of New Mexico.

April 30, 1975.

Now therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1660, 87 N.M. 458, 535 P.2d 1084 be and the same is hereby retained by the Supreme Court for consideration in Cause No. 10410.

535 P.2d 1083

**Richard A. McCALLUM, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 10462.**

Supreme Court of New Mexico.

May 15, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1542, 87 N.M. 459, 535 P.2d 1085 be and the same is hereby returned to the Clerk of the Court of Appeals.

535 P.2d 1083

**STATE of New Mexico, Petitioner,**

v.

**Paul Bik HOGERVORST, Jr., Respondent.**

**No. 10410.**

Supreme Court of New Mexico.

May 21, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court, on its own motion, that the writ of certiorari issued herein on April 3, 1975 be and the same is hereby quashed as having been improvidently issued.

Further ordered that the record in Court of Appeals Cause No. 1600, 87 N.M. 458, 535 P.2d 1084, be and the same is hereby returned to the Clerk of the Court of Appeals.